USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ALLSTAR MARKETING GROUP, LLC.,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　19-cv-5022 (ALC) (KHP)
　　　-against-　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER GRANTING**
ADFADERAL, ET AL.,　　　　　　　　　　　　:　　**MOTION TO WITHDRAW**
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

　　Brieanne Scully, an attorney of record for Plaintiff, moved for leave to withdraw as counsel by letter motion dated July 6, 2021. ECF No. 37. Plaintiff's counsel has provided the Court with a sufficient basis for withdrawal. Ms. Scully is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

**SO ORDERED.**

| | |
|---|---|
| **Dated:　July 9, 2021**<br>　　　　　**New York, New York** | _/s/ Andrew L. Carter_<br>_____<br>**ANDREW L. CARTER, JR.**<br>**United States District Judge** |