USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
**ALLSTAR MARKETING GROUP, LLC** :
:
          **Plaintiff,** :   **19-cv-5022 (ALC) (KHP)**
:
     **-against-** :
:
**ADFADERAL, ET AL.,** :
:
          **Defendants.** :
:
------------------------------------------------------------------- x
:
**ALLSTAR MARKETING GROUP, LLC,** :
:
          **Plaintiff,** :
:   **19-cv-5028 (ALC) (KHP)**
     **-against-** :
:
**ANGLE QQ BABY STORE, ET AL.,** :
:
          **Defendants.** :
:
-------------------------------------------------------------------x
:
**ALLSTAR MARKETING GROUP, LLC,** :
:
          **Plaintiff,** :   **19-cv-5029 (ALC) (KHP)**
:
     **-against-** :
:
**329620855, ET AL.,** :
:
          **Defendants.** :
:
------------------------------------------------------------------- x
:
:
:
:

|  |  |
|---|---|
| **ALLSTAR MARKETING GROUP, LLC** : | **19-cv-5032 (ALC) (KHP)** |
| : | |
| : | **ORDER** |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| **LAO ER SHOP, ET AL.**, : | |
| : | |
| Defendants. : | |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 19, 2021, the Court granted Plaintiff's motion for default judgment and ordered Plaintiff to submit proposed default judgment. On October 22, 2021, Plaintiff filed proposed default judgments in the above captioned actioned actions. After careful review of the proposed order, the Court believes that Plaintiff's proposed relief exceeds the scope of this action. Plaintiff requests that this Court interfere with the business decisions of third-party websites. The Court declines to do so.

Appropriate relief in this action requires narrowing the scope of Plaintiff's request. The Court's decision follows other courts in this district. *See Allstar Marketing Group, LLC v. AFACAI et al.*, 20-cv-8406-JPC, 2021 WL 2555636 (S.D.N.Y. June 22, 2021) (denying request for permanent injunction against defendants' "successors and assigns" and request of third-party websites to deny services to defendants); *Allstar Marketing Group, LLC v. 158 et al.*, No. 18-cv-4101-GHW, 2019 WL 8509382 (S.D.N.Y. Mar. 12, 2019) (modifying order to exclude asset freezes and requests directing third- party websites to modify business operations).

The relief granted here compensates for and inhibits future instances of Defaulting Defendants' infringement on Plaintiff's trademark products. Plaintiff's other requests exceed the scope of this action.

2

**SO ORDERED.**

**Dated: November 3, 2021**
      **New York, New York**

 

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**